UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KENNETH OVERTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:08CV145 HEA |
| AL LUEBBERS, | ) | |
| Respondent. | ) | |

## **ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice. Rule 4 of the Rules Governing § 2254 Cases.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability. 28 U.S.C. § 2253.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 11th day of February, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE