UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH OVERTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08CV145 HEA |
| | ) | |
| AL LUEBBERS, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice. 28 U.S.C. § 2243.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 28th day of February, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE