UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH OVERTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:08CV145 HEA |
| ) | |
| AL LUEBBERS, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court on petitioner's motion for appointment of counsel. The Court previously denied petitioner's petition for writ of habeas corpus with prejudice. As a result, the Court will deny the motion.

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel [#13] is **DENIED**.

Dated this 14th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE